**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released November 1, 2022)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-21-974          Latture v. Wittler

A-22-198          Baklykov v. Baklylov

A-22-267          In re Interest of London D. et al.

A-22-302          State v. Svoboda

A-22-355          In re Interest of Faith S.

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.